UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOREZ M. PRICE,

        Plaintiff,

v.

JAMES O'DONNELL,

        Defendant.

_____/

Case No. 18-cv-13078

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

## ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S SEPTEMBER 27, 2019 REPORT AND RECOMMENDATION (ECF NO. 15); (2) GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT BUT DENYING REQUEST FOR ATTORNEY'S FEES AND COSTS (ECF NO. 14); AND (3) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

On September 27, 2019, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to grant Defendant's motion to dismiss insofar as Defendant seeks dismissal of Plaintiff's complaint with prejudice but deny Defendant's request for attorney's fees and costs. (ECF Nos. 15, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Majzoub's September 27, 2019 Report and Recommendation (ECF No. 15) is ADOPTED;

(2) Defendant's Motion to Dismiss (ECF No. 14) is GRANTED insofar as Defendant seeks dismissal of Plaintiff's complaint but DENIED as to Defendant's request for attorney's fees and costs; and

(3) Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 10-17-19

Paul D. Borman
United States District Judge